HONORABLE TANA LIN

UNITED STATES DISTRICT CO URT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUKER SPATIAL BIOLOGY, INC., BRUKER NANO, INC., and BRUKER CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>Defendant. | CASE No. 2:25-mc-00023-TL<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND AMAZON WEB SERVICES, INC.'S DEADLINE TO FILE AN OPPOSITION |

The Court, having considered the Stipulation of Bruker Spatial Biology, Inc., Bruker Nano, Inc., and Bruker Corp. (collectively, "Bruker") and Amazon Web Services, Inc. ("Amazon") to extend Amazon's time to file its Opposition to Bruker's Motion to Enforce Foreign Subpoena Issued to Amazon, and good cause appearing thereon, hereby GRANTS the parties' stipulation and ORDERS that Amazon's deadline to file its Opposition until May 13, 2025.

**IT IS SO ORDERD**.

Dated this 12th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

James E. Howard, WSBA No. 37259
DAVIS WRIGHT TREMAINE LLP
920 Fifth Ave., Suite 3300
Seattle, WA
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: jimhoward@dwt.com